In the Matter of the Petition of EMORY MERRIHEW, Respondent, for an Order Enjoining JOSEPH J. CUNEO, Appellant, and Agents, from Trafficking in Liquor Contrary to the Provisions of the Liquor Tax Law.

*Matter of Merrihew* v. *Cuneo*, 143 App. Div. 862, affirmed.
(Argued April 30, 1912; decided May 14, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered March 16, 1911, which modified and affirmed as modified an order of the Ulster County Court granting the motion of the petitioner in the above-entitled proceeding.

*James Jenkins* for appellant.

*Floyd W. Powell* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.